**08-CV-01019-APP**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. C08-1019 JCC |
| Plaintiff, | ) IN ADMIRALTY |
| v. | ) |
| KILROY AND ASSOCIATES, INC., DANIEL P. ANDERSON, | ) <u>CONSENT JUDGMENT</u> |
| Defendants. | ) |

TONY WEST
Assistant Attorney General
JENNY A. DURKAN
United States Attorney
BRIAN KIPNIS
Assistant United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, California 94102-3463
Telephone: (415) 436-6648
Mike.Underhill@usdoj.gov

Attorneys for Plaintiff United States of America

WHEREFORE, the United States filed its complaint and action herein against defendants Kilroy and Associates, Inc., and Daniel P. Anderson pursuant to the provisions of the Oil Pollution Act of 1990 ("OPA"), 33 U.S.C. §§ 2701, *et seq.*;

WHEREFORE, the Court granted partial summary judgment in favor of the United States and against defendants Kilroy and Associates, Inc., and Daniel P. Anderson (Docket No. 20), whereby the Court granted summary judgment in favor of the United States and against both defendants as to all liability issues, the Court reserving and not ruling on the amount of damages;

WHEREFORE, pursuant to the consent of the parties, by and through their respective counsel, entry of this Consent Judgment is agreed to by and between plaintiff United States of America and defendants Kilroy and Associates, Inc., and Daniel P. Anderson; and

WHEREFORE, it is, on the undersigned consents of counsel, hereby

ORDERED AND ADJUDGED that judgment shall be, and the same is, entered in favor of the United States and against defendants Kilroy and Associates, Inc., and Daniel P. Anderson, jointly and severally, in the amount of $453,917.62 (Four Hundred and Fifty-Three Thousand, Nine Hundred and Seventeen Dollars, and Sixty-Two Cent), said amount consisting of $421,880.32 principal and $32,037.30 pre-judgment interest thereon; it is further

ORDERED AND ADJUDGED that, as part of the settlement entered into and agreed upon by the United States and defendants Kilroy and Associates, Inc. (hereafter "Kilroy") and Daniel P. Anderson (hereafter "Anderson"), Anderson shall pay to the United States a total of $25,000 (Twenty-Five Thousand Dollars), plus simple interest of .17% *per annum* on the unpaid principal amount of the foregoing $25,000, said $25,000 principal amount to be paid in four installments, as follows:

    (A)    Not later than 90 (ninety) days following entry of this Consent Judgment, Anderson shall pay the first installment of the principal of $6,250 (Six Thousand, Two Hundred-Fifty Dollars and Zero Cents) to the United States *via* cashier's check or

U.S. Dept. Of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-6648

| | | |
|---|---|---|
| 1 | | money order made payable to the "United States Department of Justice"; |
| 2 | (B) | Not later than one year following the initial payment specified in subparagraph (A) |
| 3 | | above, Anderson shall pay the second installment of the principal of $6,250 (Six |
| 4 | | Thousand, Two Hundred-Fifty Dollars and Zero Cents) to the United States *via* |
| 5 | | cashier's check or money order made payable to the "United States Department of |
| 6 | | Justice"; |
| 7 | (C) | Not later than two years following the initial payment specified in subparagraph (A) |
| 8 | | above, Anderson shall pay the third installment of the principal of $6,250 (Six |
| 9 | | Thousand, Two Hundred-Fifty Dollars and Zero Cents) to the United States *via* |
| 10 | | cashier's check or money order made payable to the "United States Department of |
| 11 | | Justice"; |
| 12 | (D) | Not later than three years following the initial payment specified in subparagraph (A) |
| 13 | | above, Anderson shall pay $6,313.15, said payment constituting the fourth install- |
| 14 | | ment of the principal of $6,250 (Six Thousand, Two Hundred-Fifty Dollars and Zero |
| 15 | | Cents), *plus* $63.75, said latter amount constituting all accrued interest on the |
| 16 | | principal amount of $25,000, the foregoing final installment payment of principal and |
| 17 | | accrued interest to be paid *via* cashier's check or money order made payable to the |
| 18 | | "United States Department of Justice"; it is further |

ORDERED AND ADJUDGED that with respect the payments set forth in sub-paragraphs (A), (B), (C), and (D) above, Anderson shall have a 20 (twenty) day grace period on each such payment; it is further

ORDERED AND ADJUDGED that if any payment required pursuant to sub-paragraphs (A), (B), (C), and (D) above is not received by the United States within the applicable twenty day grace period, all remaining unpaid sums of the Consent Judgment entered in the amount of $453,917.62 shall, without notice or any further action by the United States or the Court, automatically be

CONSENT JUDGMENT – C08-1019 JCC    2

U.S. Dept. Of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-6648

1 accelerated and immediately shall be due and owing under the terms of this Consent Judgment; it
2 is further

3 ORDERED AND ADJUDGED that if Anderson complies with all terms and payment provisions specified in sub-paragraphs (A), (B), (C), and (D) above, then, notwithstanding any other provision in this Consent Judgment regarding the total Consent Judgment entered in the amount of $453,917.62 30, the United States shall, upon request, file a Satisfaction and Discharge of this Consent Judgment herein as against Kilroy and Anderson; and it is further

ORDERED AND ADJUDGED that, to the extent necessary to effectuate the terms and provisions of this Consent Judgment, the Court shall retain jurisdiction, such continuing jurisdiction expressly being acknowledged, understood, and consented to by the parties.

IT IS SO ORDERED AND ADJUDGED.

DATED this ___ day of January, 2010.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

//
//
//
//
//
//

CONSENT JUDGMENT -- C08-1019 JCC    3

U.S. Dept. Of Justice
Torts Branch, Civil Division
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-6648

THE UNDERSIGNED PARTIES enter into this Consent Decree in the matter of UNITED STATES OF AMERICA v. KILROY AND ASSOCIATES, INC., DANIEL P. ANDERSON:

FOR THE UNITED STATES OF AMERICA:

Dated: December 22, 2009.

TONY WEST
Assistant Attorney General
JEFFREY C. SULLIVAN
United States Attorney
BRIAN KIPNIS
Assistant United States Attorney


/s/ R. Michael Underhill
R. MICHAEL UNDERHILL
Attorney in Charge West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice

Attorney for Plaintiff
United States of America


Dated: December 22, 2009.

FOR DEFENDANTS KILROY AND ASSOCIATES, INC., DANIEL P. ANDERSON

Young deNormandie, PC


/s/ Mark Scheer
MARK SCHEER

Attorneys for Defendants Kilroy and Associates, Inc., Daniel P. Anderson

CONSENT JUDGMENT – C08-1019 JCC    4